**WO**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

    **v.**

**Christopher Eugene Gregory**

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No.** 06-3107M-PHX-LOA

Tyrone Mitchell(Appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty on 04/12/2006 to a(n) Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 8, USC § 1325(a)(1) and Title 18, USC § 2, Aiding and Abetting an Alien to Elude Examination and Inspection by Immigration Officers of the United States, a Class B misdemeanor (Petty Offense), as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED-EIGHTY (180) DAYS** and is hereby given credit for **FIFTEEN (15) days** time served.

Upon Oral Motion of the Government Count ONE of the complaint is DISMISSED with Prejudice.

    **SPECIAL ASSESSMENT:** Remitted    **FINE:** Waived    **RESTITUTION:** N/A

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court has declared the defendant indigent and the special assessment will be collected according to Title 18, USC, Chapters 227 and 229.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
Date of Imposition of Sentence: April 12, 2006

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

**DATED**: April 13, 2006

**RETURN**

I have executed this Judgment as follows: _____
Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

                            By: _____

United States Marshal                        Deputy Marshal